# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALLY BORMAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  Civil Action No. 2:13-cv-00040-CRE |
| | ) |
| COMMUNITY COLLEGE | ) |
| OF ALLEGHENY COUNTY | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.C. 41(a)(1)(A)(ii), Plaintiff, Sally Borman, and Defendant, Community College of Allegheny County, stipulate to dismiss with prejudice all of Plaintiff's claims in the within matter.

Respectfully submitted,

By: /s/ David J. Nichols
David J. Nichols, Esq.
PA Bar No. 87579
1102 Grant Building
310 Grant Street
Pittsburgh, PA 15219
Counsel for Plaintiff

By: /s/ Shon K. Worner
Shon K. Worner, Esq.
PA Bar No. 87429
Campbell Durrant Beatty
Palombo & Miller, P.C.
535 Smithfield Street, Suite 700
Pittsburgh, PA 15222
Counsel for Defendant

approved 4/1/14
Cynthia R. Eddy, J.